UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Chaim Mann, on behalf of herself and all
others similarly situated,

                Plaintiff                                        JUDGMENT

    v.

                                                                       20-cv-6246 (KAM)

Southwest Credit System, L.P. and John Does 1-25,

                Defendants.
---------------------------------------------------------------X

        An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on April 9, 2021, dismissing the above entitled action against Defendant, Southwest Credit System, L.P. with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure; it is

        ORDERED and ADJUDGED that the above entitled action against Defendant, Southwest Credit System, L.P. is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,.

Dated: Brooklyn, New York                                   Douglas C. Palmer
       April 12, 2021                                           Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk